UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

DARRELL OZELL DILLIHUNT,
    Petitioner,

v.

FRED FIGUEROA,
    Respondent.

Case No. 16-cv-00037-JCS (PR)

**ORDER OF TRANSFER**

In this federal habeas action, petitioner challenges convictions he received in the Tulare County Superior Court, which lies in the Eastern District. Accordingly, this action is TRANSFERRED to the Eastern District of California, as that is the district of conviction. 28 U.S.C. §§ 1404(a), 2241(d); Habeas L.R. 2254-3(b). The Clerk shall transfer this action forthwith.

**IT IS SO ORDERED.**

**Dated:** January 20, 2016

_____
JOSEPH C. SPERO
Chief Magistrate Judge

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

DARRELL OZELL DILLIHUNT,

    Plaintiff,

v.

FRED FIGUEROA,

    Defendant.

Case No.  16-cv-00037-JCS

**CERTIFICATE OF SERVICE**

    I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

    That on January 20, 2016, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Darrell Ozell Dillihunt ID: ID: F-99605
Tallahatchie County Correctional Facility
415 Highway 49 North
Tutwiler, MS 38963

Dated: January 20, 2016

Susan Y. Soong
Clerk, United States District Court

By:_____
Karen Hom, Deputy Clerk to the
Honorable JOSEPH C. SPERO